Brian K. Ross, Esq.
SBN 163940
LAW OFFICES OF BRIAN K. ROSS
11850 Dublin Blvd.
Dublin, California 94568
(925) 803.9450

Attorneys for plaintiffs AMIR
ALAVI; MEHDI ALAVI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR ALAVI; MEHDI ALAVI, | No. 17-CV-04014-JSC |
| Plaintiffs, | **REQUEST TO CONTINUE OR DROP MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR AMIR ALAVI AND MEHDI ALAVI** |
| vs. | |
| CITY OF ALBANY, et al. | Hearing Date: May 10, 2018 |
| | Hearing Time: 2:00 P.M. |
| | Courtroom: 2 |
| Defendants. | Judge Haywood S. Gilliam, Jr. |
| | Trial Date: None Set. |

COMES NOW, BRIAN K. ROSS, ESQ. (hereinafter referred to as "ROSS"), attorney of record for AMIR ALAVI AND MEHDI ALAVI (hereinafter referred to as "the ALAVIs"), who respectfully requests that this court either continue this motion to a date sixty (60) days or more in the future as the court's calendar will permit or that it drop the motion in its entirety as the court deems proper.

Request to Continue or Drop Motion to Withdraw as Counsel of Record - 1

This request is made on the grounds that the parties have met and have apparently resolved their differences with regard to the prosecution of this matter. The undersigned asks that, to ensure harmony of the attorney-client relationship going forward, that the court continue the matter to a date more than sixty (60) days in the future, to address the current motion to dismiss. However, if the court deems it proper, the matter may be dropped and re-filed as consequences dictate.

Dated: May 9, 2018

_____
BRIAN K. ROSS, ESQ.
LAW OFFICES OF BRIAN K. ROSS
Attorneys for Plaintiffs AMIR and MEHDI

Dated: 5/10/2018



DENIED
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA