UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR ALAVI, et al., <br>    Plaintiffs, <br>   v. <br> CITY OF ALBANY, et al., <br>    Defendants. | Case No.17-cv-04014-HSG <br><br> **ORDER TO SHOW CAUSE** |

On March 25, 2018, Brian K. Ross, counsel for Plaintiffs Amir Alavi and Mehdi Alavi, filed a motion to withdraw as their attorney. Dkt. No. 33. The motion was set for hearing on May 10, 2018. On May 1, 2018, the Court ordered Plaintiffs to attend, in person, the hearing on the motion. Dkt. No. 44.

On May 9, 2018, the day before the scheduled hearing, Mr. Ross filed a motion to "continue or drop" his motion to withdraw, *see* Dkt. No. 45. The proposed order had two options: "dropped from calendar" and "continued" to a later date to be filled in by the Court. Dkt. No. 46. Unclear about what was being requested, the Court denied the motion on May 10, the day of the hearing, *see* Dkt. No. 47, and expected to have a clarifying discussion with the parties about the status of the motion to withdraw and the case more generally. Mr. Ross and counsel for Defendants failed to appear. Plaintiffs also failed to appear as ordered.

//
//
//
//
//

Accordingly, each party's counsel is **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to appear at the May 10, 2018 hearing on the motion to withdraw. Each counsel shall file a statement of no more than two pages by May 14, 2018.

**IT IS SO ORDERED.**

Dated: 5/11/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge